ACCEPTED
05-17-00415-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/4/2018 1:57 PM
LISA MATZ
CLERK

# BODKIN | NIEHAUS | DORRIS | JOLLEY PLLC

Attorneys and Counselors

SCOTT BODKIN
SCOTT@BNDJLEGAL.COM

JASON EDWARD NIEHAUS
JASON@BNDJLEGAL.COM

MARGO KIMBLE DORRIS
MARGO@BNDJLEGAL.COM

R. RENEE JOLLEY
RENEE@BNDJLEGAL.COM

Flower Mound Office
Business | Estate Planning | Tax
6021 Morriss Rd., Ste. 111
Flower Mound, TX 75028
Phone: (972) 704-1368
Fax: (888) 314-7695

Denton Office
Appellate | Regulatory | White Collar
207 W. Hickory St., Ste. 309
Denton, TX 76201
Phone: (940) 600-1295
Fax: (888) 314-7695

**BY APPOINTMENT ONLY**

Friday, June 1, 2018

*Mr. Briggs*

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
06/04/2018 1:57:43 PM
LISA MATZ
Clerk

The judgment of conviction on your aggravated assault conviction (Reference cause numbers: COA # 05-17-00415-CR / TC # 366-80634-2015) was affirmed by the Fifth Court of Appeals.

You have the option to file a Petition for Discretionary Review. We have previously discussed the timing and contents requirements for a PDR. When I was retained on this appeal, we also discussed a fee for my preparation of a PDR.

Pursuant to Rule 68 of the Appellant Rules of Procedure, you have thirty (30) days from the date of the judgment on this appeal to file a PDR, or to have me file one on your behalf. A copy of the Court's opinion is included with this letter, and a copy has been sent to you electronically.

Good luck,

/s/ J. Edward Niehaus